IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CASSADI COLBERT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:22-00184-KD-B |
| ) | |
| UNIVERSITY OF SOUTH ) | |
| ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

After due and proper consideration of the issues raised, and here having been no objections filed, the Report and Recommendation of the Magistrate Judge (doc. 35), dated February 6, 2024, is ADOPTED as the opinion of this Court. Accordingly, the motions to dismiss (docs. 26, 29) are GRANTED,[1] and

1) the federal and state law claims against the University of South Alabama are dismissed with prejudice.

2) the federal claims against the individual University defendants – Joel Erdmann, Jinni Frisbey, Chris Moore, Rob Chilcoat and Patricia Gandolfo – and Alexis Meeks-Rydell are dismissed with prejudice.

The Court declines to exercise supplemental jurisdiction over Colbert's remaining state law claims against Erdmann, Frisbey, Moore, Chilcoat, Gandolfo, Meeks-Rydell, and therefore, these claims are dismissed without prejudice.

**DONE and ORDERED** this the 26th day of February 2024.

            s/ Kristi K. DuBose
            KRISTI K. DuBOSE
            UNITED STATES DISTRICT JUDGE

---

[1] The Court did not address the Defendants' statute of limitations arguments in light of the dismissal on other grounds.