## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| CASSADI COLBERT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:22-00184-KD-B |
| | ) | |
| UNIVERSITY OF SOUTH | ) | |
| ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Order issued this date, adopting the Report and Recommendation of the Magistrate Judge, it is ORDERED, ADJUDGED, and DECREED as follows:

1) Cassadi Colbert's federal and state law claims against the University of South Alabama are dismissed with prejudice.

2) Colbert's federal claims against the individual University defendants – Joel Erdmann, Jinni Frisbey, Chris Moore, Rob Chilcoat and Patricia Gandolfo – and Alexis Meeks-Rydell are dismissed with prejudice.

3) The Court declines to exercise supplemental jurisdiction over Colbert's remaining state law claims against Erdmann, Frisbey, Moore, Chilcoat, Gandolfo, Meeks-Rydell, and therefore, these claims are dismissed without prejudice.

**DONE and ORDERED** this the 26th day of February 2024.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE